# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| MYKAL RYAN,<br><br>　　　　　　　　　　Plaintiffs,<br>　vs.<br>MARY T. MORGAN, et al.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 11cv685 BEN (CAB)<br><br>**ORDER DENYING MOTION TO STAY** |
|---|---|

Pro se Plaintiff Mykal Ryan has filed a motion that the Court will construe as a motion to stay the case. (Doc. No. 17.) The trial court has inherent authority to control its own docket and calendar, including the issuance of a stay when appropriate. *Landis v. N. American Co.,* 299 U.S. 248, 254 (1936). The party seeking the stay bears the burden of establishing the need for it. *Clinton v. Jones*, 520 U.S. 681, 708 (1997). Plaintiff has not demonstrated why the Court should stay the case. Accordingly, Plaintiff's motion is **DENIED**.

The Court will, however, extend the time for Plaintiff to file an opposition to Defendant's pending motion to dismiss. Plaintiff must file his opposition or statement of non-opposition on or before **May 27, 2011**. Plaintiff's failure to file an opposition by **May 27, 2011** will be considered a consent to the granting of the motion under Civil Local Rule 7.1(f)(3)(c). Defendant's Reply must be filed on or before June 6, 2011 and the hearing on Defendant's motion is continued to **June 13, 2011 at 10:30 a.m.**

**IT IS SO ORDERED.**

DATED: May 16, 2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Roger T. Benitez
　　　　　　　　　　　　　　　　　　　　United States District Judge